1
2
3
4
5
6                **IN THE UNITED STATES DISTRICT COURT**
7                    **FOR THE DISTRICT OF ARIZONA**
8
9   Carlos Yaser Barakat,                      No. CV-25-04138-PHX-SMB (CDB)
10                    Petitioner,              **ORDER**
11   v.
12   Unknown Party, et al.,
13                    Respondents.
14

15       The Court has reviewed the parties' briefing on Petitioner's petition under § 2241
16   and motion.  Petitioner challenged his redetention following release on an Order of
17   Supervision and alleged his detention was prolonged under *Zadvydas v. Davis*, 533 U.S.
18   678 (2001).  In relevant part, Respondents maintained Petitioner's removal was
19   scheduled to take place at the end of November.  Respondents will be required to provide
20   a notice updating the Court of the status of Petitioner's removal.

21       **IT IS THEREFORE ORDERED** Respondents must provide a status update as
22   described herein no later than December 19, 2025.

23       Dated this 17th day of December, 2025.

24
25
26                            Honorable Susan M. Brnovich
                              United States District Judge
27
28