# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Yaser Barakat,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>　　　　　Respondents. | No. CV-25-04138-PHX-SMB (CDB)<br><br>**ORDER** |

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention has exceeded the removal period and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1.) The Court directed Respondents to file a status update as to Petitioner's removal (Doc. 19.) Respondents' status report indicated stated:

> Respondents concede that Petitioner can likely establish that there is no significant likelihood of his removal there in the reasonably foreseeable future at this time. Accordingly, Respondents do not oppose the habeas petition's request for release from custody on this basis.

(Doc. 20.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim. The remainder of the petition will be denied as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his Fourth Cause of Action. The Petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of December, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge